# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN VOGEL,<br><br>           Plaintiff,<br>   v.<br>DIAMOND KING RESTAURANTS INC. et al.,<br><br>           Defendants. | Case No. 2:13-cv-303-ODW(Ex)<br><br>**ORDER TO SHOW CAUSE RE LACK OF PROSECUTION** |

Based on Plaintiff's Proof of Service, Defendants Diamond King Restaurants Inc. and Mee Kyoung Kim's answers to the Complaint were due March 1, 2013. (ECF Nos. 5, 6.) To date, no answer has been filed in this case.

Accordingly, Plaintiff is hereby **ORDERED TO SHOW CAUSE**, in writing no later than March 16, 2013, why this case should not be dismissed for failure to prosecute. The Court will discharge this order to show cause upon receipt of Plaintiff's request for entry of default or an answer from Defendants. In the event both documents are filed before the above date, the answer will take precedence. Failure to timely respond to this order will result in the dismissal of this case.

**IT IS SO ORDERED.**

March 6, 2013

                                                      _____
                                                        **OTIS D. WRIGHT, II**
                                             **UNITED STATES DISTRICT JUDGE**